IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JAKE BAILEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLENTOWN POLICE DEPT., et al.** | : | **NO. 11-2600** |

## ORDER

**AND NOW,** this 12th day of September, 2011, upon consideration of the Plaintiff's request for "Leave to File an Amended Complaint Adding A Party" (Doc. No. 12), is hereby **ORDERED** that his request is **GRANTED**. Plaintiff shall file his amended complaint on or before **October 7, 2011**.[1]

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

---

[1] Plaintiff is instructed to provide an accurate address for each of the Defendants in his amended complaint, so that the United States Marshall Service can effectuate service of the summons and complaint. See (Doc. No. 8) (granting Plaintiff's motion to proceed in forma pauparis, and directing that service is to be effectuated by the United States Marshall Service).