# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JAKE BAILEY,** | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| **CITY OF ALLENTOWN, et al.,** | No. 11-2600 |
| Defendants. | |

## ORDER

**AND NOW**, this 13th day of August, 2013, upon consideration of "Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56" (Doc. No. 50), the response and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. Judgment is entered in favor of the Defendants. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                      **BY THE COURT:**

                                                      /s/ Mitchell S. Goldberg

                                                    **Mitchell S. Goldberg, J.**